First Department, June Term, 1888.

Justus Heilbronn and others, Respondents, v. Henry McAleenan, Appellants.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Samuel S. Butler and others, Respondents, v. Charles B. Farley, as Sheriff, etc., Appellant.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Hugh McCulloch and others, Appellants, v. Chauncey Vibbard and others, Respondents.—Judgment modified as directed, and affirmed as modified, without costs. Opinion by Van Brunt, P. J.

The People of the State of New York ex rel. William Gibson v. Stephen B. French and others. — Proceedings affirmed, with costs, and writ dismissed. Opinion by Van Brunt, P. J.

Isaac J. Maccabe, Appellant, v Stephen W. Jones, as Executor, etc., Respondent. — Judgment modified as directed, and affirmed as modified, without costs. Opinion by Van Brunt, P. J.

Denmon N. Beardsley and another, Appellants, v. Martin G. Johnson and others, Respondents.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Aaron Grabush, Respondent, v. Jonas Goodman, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Van Brunt, P. J.

Catherine Cowan, Respondent, v. The Third Avenue Railroad Company, Appellant. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

Charles Dibb, Appellant, v. The Dry Dock, East Broadway and Battery Railroad Company, Respondent. — Judgment affirmed, Opinion by Van Brunt, P. J.

Eberhard Velten, Respondent, v. John H. Vogt and others, Appellants. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Lydia M. Eastman and others, Respondents, v. Daniel Kelly and others, Appellants. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

Alfred Roe and another, Executors, etc., Respondents, v. George T. Vingut, Appellant, Impleaded, etc. — Judgment modified as directed, and affirmed as modified, with costs to the parties to be paid out of the estate. Opinion by Van Brunt, P. J.

Frederic T. Cooper, Appellant, v. George S. Weston, Respondent. — Judgment modified as directed, and affirmed as modified, without costs. Opinions by Daniels, J., and Van Brunt, P. J.

Elliott Zborowski, Appellant, v. The Mayor, etc., of the City of New York, Respondent. — Judgment and orders affirmed, with costs. Opinion Per Curiam.

Amos R. Eno, Appellant, v. The Mayor, etc., of the City of New York Respondent.—Judgment affirmed, with costs. Opinion Per Curiam.

The People of the State of New York rel. Patrick J. Flynn v. John D. Crimmins and others. — Proceedings affirmed. Opinion by Daniels, J.

The People of the State of New York ex rel. Henry Farley v. John D. Crimmins and others.—Proceedings affirmed. Opinion by Daniels, J.

Eliza Schluter, Administratrix, etc., Appellant, v. Bowery Savings Bank, Respondent. — Judgment affirmed. Opinions by Brady and Daniels, JJ.

Townsend Cox and another, and Frederick P. Olcott, Respondents, v. Edward S. Stokes, Appellant. — Order reversed, without costs. Opinion Per Curiam.

Gustavus M. Miller and others, Respondents, v. Charles J. O'Dwyer and another, Appellants. — Judgment and orders affirmed, with costs. Opinion by Van Brunt, P. J.

Andrew Toole, Respondent, v. James Toole and others, Appellants. — Referee's report confirmed, and order appealed from affirmed; order made directing purchaser to complete, without costs of appeal.

The Mechanics and Traders' National Bank of the City of New York, Respondent, v. Cornelius J. Winant, Appellant, impleaded, etc. — Judgment modified as directed, and affirmed as modified, without costs. Opinion by Van Brunt, P. J.

The Bank of Montreal, Respondent, v. Patrick J. Gleason and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

The People of the State of New York ex rel. The Board of Education of the City of New York, Appellants, v. William R. Grace and others, Respondents. — Appeal dismissed, with costs. Opinion Per Curiam.

Julia Rompillon, Respondent, v. Warren G. Abbott, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Elizabeth Decker, Respondent, v. The Manhattan Railway Company, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Max Abenheim and others, Respondents, v. Edward Samuels, Appellant. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

The Citizens' National Bank of Davenport, Iowa, Respondent, v. The Importers and Traders' National Bank of New York, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

The Continental National Bank of the City of New York, Respondent, v. Herrman Koehler, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

William H. Dole and another, Appellants, v. Charles D. Belden, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J., and by Daniels, J., dissenting.

The People of the State of New York ex rel. The Commonwealth Insurance Company v. Michael Coleman and others. — Judgment reversed and assessment vacated. Opinion by Van Brunt, P. J.

Thomas J. Pope and others v. George A. Porter and others.

Samuel A. Briggs, Assignee, etc., Appellant, v. George A. Porter and others, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

George V. Sims, Appellant, v. Lewis May, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

William R. Ferry and another, Respondents, v. Rebecca Sampson and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

In the Matter of Rollin M. Squire. — Application denied. Opinion Per Curiam.

Bank of Montreal, Respondent, v. The Fidelity National Bank, Appellant.—Order reversed and attachment vacated, without costs. Opinion by Macomber, J.

Jared A. Timpson, Respondent, v. Manhattan Railway Company, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinions by Bartlett and Macomber, JJ.

Conrad Mohr, Appellant, v. John Dorschel, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Nathan Hobart, Respondent, v. Lewis F. Martin and others, Appellants. — Order affirmed, with costs. Opinion by Macomber, J.

James J. Phelan, Appellant, v. Margaret Brady, Respondent, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Bartlett, J

Henry B. Metcalf, Respondent, v. The Mayor, etc., of the City of New York, Appellant. —

Judgment and order affirmed, with costs. Opinion by Bartlett, J.

Charles Donner v. Clinton Ogilvie.—Judgment reversed and judgment ordered for appellants on demurrer, with costs, and with leave to plaintiff to amend on usual terms, on opinion in *Esther Donner* v. *Clinton Ogilvie*, decided herewith.

Albert C. Squier, Appellant, v. James Kearney and others, Respondents.—Judgment affirmed, with costs. Opinion *Per Curiam*.

The Sprague National Bank of Brooklyn, Respondent, v. Peter Haulenbeek, Appellant.—Judgment affirmed, with costs. Opinion by Macomber, J.

Margaret E. Dillon, Respondent, v. The Manhattan Railway Company, Appellant.—Judgment affirmed, with costs. Opinion by Macomber, J.

The People of the State of New York ex rel. Lawrence Clarson, Appellant, v. Stephen B. French and others, Respondents.—Order reversed and case remitted to the commissioners for further consideration. Opinion by Daniels, J.

Alfred Cooley and others, Appellants, v. William A. Cummings, Respondent. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Brady, J.

Morris Rubens and another, Respondents, v. The Ludgate Hill Steamship Company (Limited), Appellant. — Order reversed and motion granted, with costs. Opinion by Brady, J.

Bradford, Eldred and Cuba Railroad Company v. New York. Lake Erie and Western Railway Company.

Tonawanda Valley and C. Railroad Company v. New York, Lake Erie and Western Railway Company. — Motion denied. with ten dollars costs.

James Wallace and another v. Henry Coe and another.—Motion for resettlement denied with ten dollars costs.

Bernard Casserley v. Silas H. Witherbee. — Motion denied.

Helen A. Babcock v. Oliver M. Arkenbergh.— Motion denied. Mem. *Per Curiam*.

Helen A. Babcock v. Oliver M. Arkenbergh.— Motion denied. Mem. *Per Curiam*.

Jacob H. Studer, Appellant, v. George Bleistein, as President, etc., Respondent.—Motion for reargument denied, with ten dollars costs.

John T. Sherman v. Maier Rothschild.

Bryce Gray and others v. Abraham Rothschild Applications denied. Mem. *Per Curiam*.

The People of the State of New York v. Charter Oak Life Insurance Company

Continental National Bank v. Charter Oak Insurance Company.— Motion denied.

In the Matter of Harriet Morey.—Order reversed, with ten dollars costs and disbursements, unless petitioner stipulates as directed in opinion. In case stipulation is given order affirmed, without costs. Opinion *Per Curiam*.

## SECOND DEPARTMENT, JUNE TERM, 1888.

In the Matter of Andrew Hood Estate.—Order reversed, with costs and disbursements. Opinion by Pratt, J.; Dykman, J., not sitting.

John W. S. Earnshaw, as Trustee, etc., and others, Appellants, v. Maria J. Myers and others, Repondents.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

In the Matter of the Final Settlement of Smyth Lydecker, as Administrator, etc. — Part of decree of surrogate appealed from affirmed, with costs. Opinion by Barnard, P. J.

George Vanderveer and others v. William Vanderveer.— Judgment affirmed, with costs, with order granting allowance. Opinions by Barnard, P. J., and Pratt, J.

John E. Vanderveer, Respondent, v. William Vanderveer, as Executor, etc., Appellant. — Judgment reversed and new trial granted, costs to abide event. Opinion by Dykman, J.

Sherwood Sterling, Respondent, v. The Metropolitan Life Insurance Company, Appellant.— Judgment affirmed, with costs. Opinions by Barnard, P. J., and Pratt, J.

The People of the State of New York ex rel. Robert J. Reynolds and others v. The Board of Education of the City of Brooklyn.—Proceedings affirmed, with costs. Opinion by Dykman, J.

James Keairns, an Infant, etc., Appellant, v. The Coney Island and Brooklyn Railroad Company, Respondent.—Order affirmed. with costs and disbursements. Opinion by Barnard, P. J.

Edward H. Coffin and another,Respondents, v. Asa W. Parker and others, Appellants.—Interlocutory and final decree modified in accordance with opinion. Opinion by Pratt, J.

Edward H. Coffin and another, Respondents, v. Asa W. Parker and others, Appellants.—Judgment upon the appeal of Mabee. Brum and Pundt, modified in accordance with opinion. Order to be settled by Justice Pratt.

Samuel Bennett, Jr., v. Charles T. Sweet. — Judgment affirmed. with costs for non-submission of papers upon stipulation.

William M. Howitt. Appellant. v. Isaiah M. Merrill. Respondent, impleaded. etc.— Order affirmed. with costs and disbursements. Opinion by Barnard, P. J.

John Andrews, Appellant, v. Jeremiah O'Mahoney and others, Respondents.— Order affirmed,with costs and disbursements. Opinion by Dykman, J.

William O. Poole, Respondent, v. Thomas F Hayes, Appellant.—Order amending complaint reversed, with ten dollars costs and disbursements. Opinion by Dykman, J.

Englehart Wandell, Appellant, v. Austin Corbin, Receiver, etc., Respondent. — Judgment dismissing complaint reversed and new trial granted, costs to abide event. Opinion by Pratt, J.; Dykman, J., not sitting.

William B. Slocum v. William C. Veight, as Administrator, etc.—Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P J., not sitting.

Frank Hasbrouck, as Trustee, etc., Respondent, v. Frank Angevine and others, Appellants, Impleaded,etc.—Judgment affirmed,with costs. Opinion by Pratt, J.; Barnard, P J, not sitting.

Peter H. Hopkins, Appellant, v. Henry H. Lane, Executor, etc., Respondent. — Order refusing to vacate decree for probate affirmed, with costs. Opinion by Barnard P. J.

Charles Kranz, Administrator, etc., Appellant, v. The Long Island Railroad Company, Respondent. — Judgment dismissing complaint affirmed. with costs. Opinion by Dykman, J.

In the Matter of the Estate of Thomas B Jones. — Decree of surrogate affirmed, with costs. Opinion by Dykman, J.

The Board of Education v. Henry Mapes — Motion denied, with ten dollars costs. Opinion by Barnard, P. J.

Matter of Emmons Avenue Opening. — Order confirming report affirmed, with ten dollars costs, besides disbursements. Opinion by Dykman, J.

Minna . C. Samuels, Appellant, v. Alexander R. Samuels. Respondent. — Order affirmed. Opinion by Pratt, J.

In the Matter of Probate of Will of George R Jacott, Deceased. — Decree of surrogate reversed and issues to be tried by a jury in Kings county, question of costs reserved. Opinion by Barnard, P. J.